UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAUL HUB, INC. | : Civil Action No. 3:16cv1221 (SRU) |
|     Plaintiff | : |
| | : |
| V. | : |
| | : |
| SEAN DEVINE | : |
| TOGGLE PROFESSIONAL SERVICES, LLC | : |
|     Defendants | : |
|     Counterclaim Plaintiffs | : |
| _____ | : AUGUST 5, 2016 |

**DEFENDANT/ COUNTERCLAIM PLAINTIFF TOGGLE PROFESSIONAL SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.Pro. Rule 7.1, the undersigned counsel for the Defendant/Counterclaim Plaintiff Toggle Professional Services, LLC hereby certifies and discloses that said party is a nongovernmental corporate party, that it has no parent corporation, and that no publicly held corporation owns more than 10% of its stock.

                        By:    /s/ Edward P. Jurkiewicz
                              Edward P. Jurkiewicz   ct04779
                              Lawrence & Jurkiewicz, LLC
                              60 East Main Street
                              Avon, CT 06001
                              (860) 299-6263(telephone)
                              (860) 677-5005 (fax)
                              Federal Bar Number ct04779
                              edwardjurkiewicz@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2016, a copy of the foregoing was served by e-mail and by first-class mail, postage pre-paid, upon the following:

Nuala E. Droney (ct27192)
Peter E. Strniste, Jr. (ct20830)
Kristopher I. Moore (ct29143)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
E-mail:
*ndroney@rc.com*
*pstrniste@rc.com*
*kmoore@rc.com*

Dated at Avon, Connecticut this 5th day of August, 2016.

                                          DEFENDANTS

By:    /s/ Edward P. Jurkiewicz
         Edward P. Jurkiewicz   ct04779
         Lawrence & Jurkiewicz, LLC
         60 East Main Street
         Avon, CT 06001
         (860) 299-6263(telephone)
         (860) 677-5005 (fax)
         Federal Bar Number ct04779
         edwardjurkiewicz@sbcglobal.net